IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THADDEUS JOHNSON, et al.                                                                 PLAINTIFFS

V.                                              NO. 08-CV-1075

OUACHITA COUNTY, et al.                                                                  DEFENDANTS

## ORDER

  Before the Court is Plaintiffs' Motion to Dismiss. (Doc. 4). Plaintiffs ask the Court to dismiss their case without prejudice to allow them to re-file their Complaint in Ouachita County Circuit Court. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above styled and numbered case is hereby **DISMISSED WITHOUT PREJUDICE**.

  Dated this 15th day of December, 2008.

                      /s/ Harry F. Barnes
                      Hon. Harry F. Barnes
                      United States District Judge